FILED by CH   D.C.
ELECTRONIC
Jul 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-81116 CIV-HURLEY
MAGISTRATE HOPKINS

| | |
|---|---|
| LEE HENDELSON, individually and as Personal Representative for the Estate of ADAM HENDELSON, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JOHNSON & JOHNSON COMPANY, JANSSEN PHARMACEUTICA PRODUCTS, L.P., and ALZA CORPORATION, | )<br>)<br>)<br>) |
| Defendants | )<br>) |

## RULE 26 DISCLOSURE

Defendants Johnson & Johnson, Janssen Pharmaceutica Products L.P. (now known as Janssen, L.P.) ("Janssen"), and ALZA Corporation ("ALZA") (collectively, "Defendants") hereby provide Defendants' initial disclosures to Plaintiff Lee Hendelson("Plaintiffs"), as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure. Johnson & Johnson is not involved in the manufacturing, distribution, or sale of the product at issue and therefore is not in possession of any of the following evidence.

In making their initial disclosures, Defendants do not waive any protection provided by the attorney work product doctrine, attorney-client privilege, or any other applicable privilege, doctrine, or immunity. Moreover, Defendants reserve the right to supplement these initial disclosures as additional discovery, investigation, and analysis may warrant.

A. <u>**Individuals Likely to Have Discoverable Information (Fed. R. Civ. P. 26(a)(1)(A))**</u>

The following are the names of individuals (other than counsel and retained experts) likely to have discoverable information that Defendants may use to support their claims or defenses. Where it is known, the subject areas of which the individual may have knowledge are indicated.

1. Bill Parks, Director, Trade Relations – Janssen. Mr. Parks may only be contacted through counsel for Defendants. Mr. Parks may have discoverable information regarding the marketing and distribution of the Duragesic® patch allegedly involved in this litigation.

2. David H. Upmalis, M.D., Senior Director, CNS and Pain Franchise – Janssen. Dr. Upmalis may only be contacted through counsel for Defendants. Dr. Upmalis may have discoverable information regarding the safety and efficacy of Duragesic® patches.

3. Susan Rinne, Vice President, Regulatory Affairs – ALZA Corporation. Ms. Rinne may only be contacted through counsel for Defendants. Ms. Rinne may have discoverable information regarding communication with the United States Food & Drug Administration ("FDA") as well as compliance with federal regulations governing the manufacture, marketing, and distribution of Duragesic® patches.

The parties have not completed written discovery, and therefore Defendants expressly reserve the right to supplement these disclosures upon receipt and review of the documents provided by Plaintiffs in response to Defendants' discovery requests.

B. <u>**Description by Category of Documents (Fed. R. Civ. P. 26(a)(1)(B))**</u>

The following are non-privileged documents, or categories of documents, in Defendants' possession, custody, or control. Pursuant to Rule 26(a)(1)(B), the list may not include the relevant documents believed to be in Plaintiff's possession or the possession of third parties.

1. The relevant Duragesic® Package Insert, a copy of which is attached hereto;

2. The relevant Duragesic® Patient Instructions, a copy of which is attached hereto; and

3. The Investigational New Drug Application ("IND") and the New Drug Application ("NDA") for Duragesic® patches.

The IND and NDA support the approval of Duragesic® patches as a safe and effective prescription drug by the FDA. Many of these voluminous documents are required by FDA regulations and contain confidential information, trade secrets, and commercial and proprietary information. The IND and NDA will be made available for Plaintiffs' inspection, subject to entry of an executed Stipulation and Protective Order, at the offices of Tucker Ellis & West, LLP in Cleveland, Ohio.

Furthermore, the parties have not completed written discovery. Therefore, Defendants expressly reserve the right to supplement these disclosures upon receipt and review of the documents provided by Plaintiff in response to Defendants' discovery requests.

### C. Computation of Damages (Fed. R. Civ. P. 26(a)(1)(C))

At this stage in this litigation, Defendants have not asserted any affirmative claim for damages against Plaintiffs. Defendants reserve the right to do so in the future.

Defendants, however, seek recovery of their costs incurred in this dispute as allowed by applicable law.

D. <u>Insurance Agreements (Fed. R. Civ. P. 26(a)(1)(D))</u>

Defendants are not aware of any insurance agreement relevant to this action.

**ADORNO & YOSS LLP**

By: _____
ANTHONY N. UPSHAW
anu@adorno.com
Florida Bar No.: 861091
2525 Ponce de Leon Blvd., Suite 400
Miami, Florida 33134
Phone: (305) 460-1052
Fax: (305) 460-1422

and

**TUCKER ELLIS & WEST LLP**
MICHAEL C. ZELLERS
REBECCA WINDER GUTIERREZ
MOLLIE BENEDICT
1000 Wilshire Blvd, Suite 1800
Los Angeles, CA 90017-2475

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed and sent via U.S. mail this 20th day of July, 2006, to:

**AYLSTOCK, WITKIN & SASSER, PLC.**
BRYAN F. AYLSTOCK
DOUGLAS A. KREIS
4400 Bayou Blvd, Suite 58
Pensacola, FL 32503
(850) 916-7450
(850) 916-7449
COUNSEL FOR PLAINTIFF

**WHATLEY DRAKE, LLC**
JOE R. WHATLEY, JR.
W. TODD HARVEY
ANDREW C. ALLEN
2323 Second Avenue North
Birmingham, AL 35203
(205) 328-9576
(205) 328-9669
COUNSEL FOR PLAINTIFF

**GULAS & STUCKEY, P.C.**
IKE GULAS
JASON STUCKEY
EDWARD E. ANGWIN
2031 Second Avenue North
Birmingham, AL 35209
(205) 879-1234
(205) 879-1247
COUNSEL FOR PLAINTIFF