FILED by EG D.C.
ELECTRONIC
Aug 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-81116 CIV-HURLEY
MAGISTRATE HOPKINS

LEE HENDELSON, individually and as )
Personal Representative for the Estate of )
ADAM HENDELSON, )
                                     )
    Plaintiff, )
v. )
                                     )
JOHNSON AND JOHNSON COMPANY, )
JANSSEN PHARMACEUTICA PRODUCTS, )
LP, and ALZA CORPORATION, )
                                     )
    Defendants )

## PLAINTIFF'S INITIAL DISCLOSURES
## PURSUANT TO FRCP 26(a)(1)

COMES NOW, Plaintiff Lee Hendelson as Administrator of the Estate of Adam Hendelson and pursuant to Federal Rule of Civil Procedure 26 provides the following initial disclosures:

### A. Individuals Likely to Have Discoverable Information - FRCP26(a)(1)(A)

The names, addresses and phone numbers of those individuals believed to have discoverable information that may be used to support Plaintiff's claims are as follows:

    Lee Hendelson - Father of decedent, Adam Hendelson
    2835 Cuyahoga Lane
    West Palm Beach, FL 33409

    Cheryl Hendelson – Stepmother of decedent, Adam Hendelson
    2835 Cuyahoga Lane
    West Palm Beach, FL 33409

    Maxine Heller – Mother of decedent, Adam Hendelson
    West Palm Beach, FL

Dr. Seth Wachsman – Health Care Provider for Adam Hendelson
7154 No. University Dr.
Suite #316
Tamarac, Fl. 33321
954-720-3188

Dr. Steven Saslow – Health Care Provider for Adam Hendelson
733 U.S. Highway 1
North Palm Beach, Fl. 33408
561-840-1090

Dr. Howard Cohan – Health Care Provider for Adam Hendelson
10025 Cleary Blvd.
Plantation, Fl. 33324
954-424-1100

Dr. Norman Pollock – Health Care Provider for Adam Hendelson
8320 W. Sunrise Blvd.
Suite #105
Plantation, Fl. 33322
954-370-3772

Dr. Marc Philippon – Health Care Provider for Adam Hendelson
4725 No. Federal Highway
Ft. Lauderdale, Fl. 33308
954-958-4800

Dr. Exarhos – Health Care Provider for Adam Hendelson
2435 Sterling Road
Hollywood, Fl. 33023
954-966-9696

Dr. Scott Tannenbaum – Health Care Provider for Adam Hendelson
4399 Nob Hill Road
Sunrise, Fl. 33351
954-746-1338

Dr. Charles R. Norris, Jr. – Health Care Provider for Adam Hendelson
7301-A West Palmetto Park Road
Suite #106-C
Boca Raton, Fl. 33433
561-482-7850

>Dr. Jeffrey Penner – Health Care Provider for Adam Hendelson
>130 JFK Drive
>Suite #201
>Atlantis, Fl. 33462
>561-967-4400

**B.**     **Description of Category of Documents – FRCP 26(a)(1)(B)**

2.     Plaintiff has produced copies of the following documents that may be used to support Plaintiff's claims.  Plaintiff reserves the right to supplement the production of documents and or materials that may be used to support his claims in accordance with the Federal Rules of Civil Procedure.

>Autopsy Report
>
>Death Certificate
>
>Toxicology Report
>
>Medical Records from HealthSouth Sunrise Rehabilitation Hospital
>
>Medical Records from Dr. Seth Wachsman
>
>Medical Records from Dr. Charles R. Norris, Jr.
>
>Pharmacy Records from Eckerd Drugs/CVS
>
>Pharmacy Records from Walgreens

**C.**     **Computation of Damages – FRCP 26(a)(1(C)**

Plaintiff is claiming damages for the wrongful death of Plaintiff's decedent.  Plaintiff is seeking all damages available under applicable laws.  Plaintiff has not yet calculated the damages being claimed.  Plaintiff reserves the right to supplement these disclosures for purposes of categorizing damages and damage amounts in accordance with the Federal Rules of Civil Procedure and the orders of this Court.

**D.** **Insurance Agreements – FRCP 26(a)(1)(D)**

No such insurance agreement exists.

/s/ W. Todd Harvey
W. Todd Harvey, Esq.
Attorney for Plaintiff

**OF COUNSEL:**
Joe R. Whatley, Jr.
Andrew C. Allen
W. Todd Harvey
Edward E. Angwin
Whatley Drake & Kallas, LLC
P. O. Box 10647
Birmingham, AL  35202-0647
(205) 328-9576
Facsimile:  (205) 328-9669
jwhatley@whatleydrake.com
aallen@whatleydrake.com
tharvey@whatleydrake.com
eangwin@whatleydrake.com

Bryan F. Aylstock
Douglas A. Kreis
Aylstock, Witkin & Sasser, P.L.C.
4400 Bayou Blvd., Suite 58
Pensacola, FL  32503
(850) 916-7450, Ext. 36
Facsimile:  (850) 916-7449
baylstock@aws-law.com
dkreis@aws-law.com

Ike Gulas
Jason Stuckey
Gulas & Stuckey, P.C.
2031 Second Avenue North
Birmingham, AL  35203
(205) 879-1234
Facsimile:  (205) 879-1247
ike@gulaslawfirm.com
jason@gulaslawfirm.com

**COUNSEL FOR PLAINTIFF**

4

**CERTIFICATE OF SERVICE**

The undersigned, certifies that a copy of the foregoing Plaintiff's Initial Disclosures is being served on the following via First Class Postage Prepaid and properly addressed this the 22nd day of August, 2006.

Michael C. Zellers
Mollie F. Benedict
Rebecca W. Gutierrez
Tucker, Ellis & West
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA  90017-2475
(213) 430-3400
Facsimile:  (213) 430-3409
Michael.zellers@tuckerellis.com
Mollie.benedict@tuckerellis.com
Rebecca.gutierrez@tuckerellis.com


Ernest W. Auciello
Tucker, Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
(216)592-5000
Facsimile:  (216)592-5009
Ernest.auciello@tuckerellis.com


Anthony N. Upshaw
Adorno & Yoss, LLP
2525 Ponce de Leon Blvd.
Suite 400
Miami, FL 33134
(305)460-1052
Facsimile:  (305)460-1422
anu@adorno.com

/s/ W. Todd Harvey_____
OF COUNSEL

5