UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-CV-81116-CIV-HURLEY

LEE HENDELSON, as Personal Representative of the
Estate of ADAM HENDELSON, deceased,
    plaintiff,

vs.

ALZA CORPORATION and
JANSSEN PHARMACEUTICA,
    defendants.
_____/

## VERDICT

WE, THE JURY, return the following unanimous verdict:

### 1. Strict Liability Claims

1(a). Did defendant, Alza Corporation place the Duragesic Patch on the market with a manufacturing defect which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

    YES ✓        NO ___

1(b). Did defendant, Alza Corporation place the Duragesic Patch on the market with a design defect which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

    YES ___        NO ✓

1(c). Did defendant Alza Corporation place the Duragesic Patch on the market with a warning defect due to failure to warn about foreseeable dangerous patch leaks which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

    YES ✓        NO ___

1

1(d). Did defendant Alza Corporation place the Duragesic Patch on the market with a warning defect due to failure to warn about dangerous drug interactions which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

YES _____        NO ___✓_____

### 2. Negligence Claims

2(a). Was there negligence in the manufacture of the Duragesic Patch on the part of defendant Alza Corporation which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

YES ___✓_____        NO _____

2(b). Was there negligence in the design of the Duragesic Patch on the part of the defendant Alza Corporation which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

YES _____        NO ___✓_____

2(c). Was there negligence by way of failure to warn about foreseeable dangerous patch leaks on the part of defendant Alza Corporation which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

YES ___✓_____        NO _____

2(d). Was there negligence by way of failure to warn about dangerous drug interactions on the part of defendant Alza Corporation which was a legal cause of damage to the plaintiff, Lee Hendelson, as Personal Representative of the Estate of Adam Hendelson?

YES _____        NO ___✓_____

*If your answer to **all** of the preceding questions (Nos. 1a - 1d and 2a - 2d) is **NO**, your verdict is for the defendant, and you should not proceed further except to date and sign this verdict form and return it to the courtroom.*

*If your answer to **any one** of the preceding questions (Nos. 1a - 1d and 2a - 2d) is **YES**, please answer question 3.*

2

3. By answering the following questions you will determine the damages if any that the Estate of Adam Hendelson, and Lee Hendelson sustained as a result of the incident in question.

**DAMAGES OF THE ESTATE**

a. What is the amount of any net accumulations lost by the Estate of Adam Hendelson?

$ 500,000.00

**DAMAGES of LEE HENDELSON**

b. What is the amount of any damages sustained by Adam Hendelson's father, Lee Hendelson, in mental pain and suffering as a result of the death of Adam Hendelson?

$ 5 million

*Please answer question No. 4.*

4. Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against the defendant Alza:

YES _____     NO ✓ 

If you answered "no" to question no. 4, skip the next questions, sign and date the verdict form and return it to the courtroom. If your answer to question no. 4 is "yes," please check the claim or claims on which you found, by clear and convincing evidence, sufficient evidence of gross negligence or intentional wrongdoing so as to justify an award of punitive damages:

a. _____     Strict Liability Manufacturing Defect

b. _____     Strict Liability Design Defect

c. _____     Strict Liability Failure to Warn/Foreseeable Dangerous Leaky Patches

3

d. _____  Strict Liability Failure to Warn/Dangerous Drug Interactions

e. _____  Negligence in Manufacture

f. _____  Negligence in Design

g. _____  Negligent Failure to Warn/Foreseeable Dangerous Leaky Patches

h. _____  Negligent Failure to Warn/Dangerous Drug Interactions

**SO SAY WE ALL** this 19th day of June, 2007.

_____   _____
Foreperson (Printed Name)   Foreperson (Signature)