UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-81116-CIV-HURLEY

LEE HENDELSON, as Personal Representative of the
ESTATE OF ADAM HENDELSON, deceased,
    Plaintiff,

vs.

ALZA CORPORATION and
JANSSEN PHARMACEUTICA,
    Defendants.
_____/

## FINAL JUDGMENT

Based on the jury verdict entered in this cause on June 21, 2007 [DE# 219], final judgment for compensatory damages is entered in this action as follows:

It is **ORDERED** and **ADJUDGED**:

1. Plaintiff **LEE HENDELSON, as Personal Representative of the ESTATE OF ADAM HENDELSON**, shall take and recover judgment from defendants **ALZA CORPORATION and JANSSEN PHARMACEUTICA**, jointly and severally, in the amount of **Five Million Five Hundred Thousand Dollars and 00/100 ($5,500,000.00)** for compensatory damages, which sum shall bear post judgment interest at the rate prescribed by 29 U.S.C. §1961 from this date, for which let execution issue.

2. The court reserves jurisdiction to award costs in favor of the plaintiff as prevailing party.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _22_ day of June, 2007.

                              Daniel T. K. Hurley
                              United States District Judge

cc. All counsel