UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-81116-CIV-HURLEY

LEE HENDELSON, individually and as
Personal Representative of the
ESTATE OF ADAM HENDELSON,
    plaintiff,
vs.
JANSSEN PHARMACEUTICAL PRODUCTS,
LP and ALZA CORPORATION,
    defendant.
_____/

### ORDER ON DEFENDANTS' RENEWED MOTION FOR ENTRY OF JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL [DE#229]

**THIS CAUSE** is before the court upon the defendants' renewed motion for entry of judgment as a matter of law, or in the alternative, for new trial filed July 9, 2007 [DE#229].

Upon consideration, it is **ORDERED AND ADJUDGED**:

1. The defendants' renewed motion for entry of judgment as a matter of law or in the alternative, for new trial filed July 9, 2007 [DE#229] is **DENIED** on all grounds, except as to the challenge to the net accumulations award [pp. 15-16], upon which ruling is **RESERVED.**

2. The plaintiff is directed to file response to the defendants' motion as it relates to this reserved issue within **TEN (10) DAYS** from the date of entry of this order.

**DONE AND SIGNED** in Chambers at West Palm Beach, Florida this 10th day of July, 2007.

_____
Daniel T.K. Hurley
United States District Judge

cc. all counsel