UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-81116-CIV-HURLEY

LEE HENDELSON, individually and as
Personal Representative of the Estate of ADAM HENDELSON,
    plaintiff,

vs.

JANSSEN PHARMACEUTICA PRODUCTS L.P. and
ALZA CORPORATION,
    defendants.
_____/

### ORDER DENYING PARTIES' JOINT MOTION TO VACATE JUDGMENT

**THIS CAUSE** is before the court upon the parties' joint motion to vacate final judgment based on jury verdict entered June 25, 2007 in light of subsequent settlement agreement between the parties to this cause. [DE# 233]

Upon consideration, it is hereby **ORDERED AND ADJUDGED**:

The parties' joint motion to vacate final judgment [DE# 233] is **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25th day of July, 2007.

                              Daniel T. K. Hurley
                              United States District Judge

cc. All counsel