## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-81116-CIV-HURLEY

LEE HENDELSON, individually and as
Personal Representative of the
ESTATE OF ADAM HENDELSON,
     plaintiff,

**CLOSED CASE**

vs.

JANSSEN PHARMACEUTICAL PRODUCTS, L.P., and
ALZA CORPORATION,
     defendants.

_____/

### ORDER OF CLOSE-OUT

**THIS  CAUSE**  was previously  resolved  upon entry of  final judgment following jury

verdict in favor of the plaintiff. [DE# 228]   There being nothing further for the court to resolve, it

is hereby **ORDERED AND ADJUDGED**:

    1. The  Clerk of the Court shall enter the case as **CLOSED**  and terminate any pending

motions as **MOOT.**  The court shall reserve jurisdiction for purposes of enforcing its judgment..

    **DONE**  and **SIGNED** in Chambers at West Palm Beach, Florida this ___16___ day of October,

2007.

                          Daniel T. K. Hurley
                       United States District Judge

copies to:
all counsel